1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11    ARCHIE CRANFORD,                          1:14-cv-01093-MJS (PC)

12                    Plaintiff,

13         v.                                    ORDER GRANTING APPLICATION
                                                 TO PROCEED IN FORMA PAUPERIS
                                                 AT ECF No. 8
14    BRIANDON PRICE, et al.,
                                                 ORDER DISREGARDING AS MOOT
15                    Defendant.                 APPLICATION TO PROCEED IN FORMA
                                                 PAUPERIS AT ECF No. 2
16

17

18         Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42

19    U.S.C. § 1983.

20         On July 14, 2014, Plaintiff filed an application to proceed in forma pauperis by a

21    prisoner. (ECF No. 2.) However, individuals detained pursuant to California Welfare and

22    Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the

23    meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th

24    Cir. 2000). Accordingly, the Court ordered Plaintiff to pay the applicable filing fee or

25    submit an application to proceed in forma pauperis on the appropriate form. (ECF No. 4.)

26         On July 30, 2014, Plaintiff submitted an application to proceed in forma pauperis

27    on the appropriate form. (ECF No. 8.) Examination of these documents reveals that

28    plaintiff is unable to afford the costs of this action.

                                                 1

1       Accordingly, the Court HEREBY ORDERS:

2           1.  Plaintiff's second motion to proceed in forma pauperis (ECF No. 8) is

3               GRANTED; and

4           2.  Plaintiff's initial motion to proceed in forma pauperis (ECF No. 2) is

5               DISREGARDED as moot.

6   IT IS SO ORDERED.

7

8   Dated:   August 7, 2014                      /s/ *Michael J. Seng*

9                                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2